COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 October 13, 2016
 No. 10-16-00332-CV
 IN RE MIKE HICKS
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 "Relator's Motion for Emergency Relief and Request for a Stay" filed by Mike Hicks has been considered by the Court. The Court has determined "Relator's Motion for Emergency Relief and Request for a Stay" should be and hereby is dismissed.
 It is further ordered that the Real Party in Interest is awarded judgment against Mike Hicks for the Real Party in Interest's costs that were paid, if any, by the Real Party in Interest; and all unpaid appellate court cost, if any, is taxed against Mike Hicks.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
1006779787783800